IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01376-WYD-MJW

MEDSTUDY CORPORATION,

Plaintiff(s),

v.

DOES 1-20,

Defendant(s).

---

### MINUTE ORDER

---

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that Medstudy Corporation's Motion to Defer Scheduling Conference (Docket No. 22) is denied.  It is further

    ORDERED that plaintiff's counsel shall forthwith advise defendant Chang of this ruling.

Date:   September 7, 2007

---